IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL H. SIMPSON,

    Plaintiff,                                  JUDGMENT IN A CIVIL CASE

   v.                                          Case No.   13-cv-40-bbc

BEAVER DAM COMMUNITY
HOSPITALS, INC.,

    Defendant.

This action came before the court for consideration with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Beaver Dam Community Hospitals, Inc., granting its motion for summary judgment and closing this case.

| s/ R.Plender, Deputy Clerk | 5/9/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |