IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL H. SIMPSON,

            Plaintiff,

vs.

Case No. 13-cv-40

BEAVER DAM COMMUNITY HOSPITAL, INC.

            Defendant.

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Michael H. Simpson, through his counsel, Hawks Quindel, S.C., by Nicholas E. Fairweather and Colin B. Good, in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Opinion and Order granting summary judgment to the Defendant, Beaver Dam Community Hospital, Inc., entered in this action on the 9th Day of May, 2014.

Dated this 6th day of June, 2014.

            HAWKS QUINDEL, S.C.
            *Attorneys for the Plaintiff*

            By:   */s/ Nicholas E. Fairweather*
            Nicholas E. Fairweather, State Bar No. 1036681
            Colin B. Good, State Bar No. 1061355
            222 West Washington Avenue, Suite 450
            Post Office Box 2155
            Madison, Wisconsin 5371-2155
            Telephone: 608-257-0040
            Facsimile: 608-256-0236